PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIRKLAND L. BRYANT III, | ) | |
| | ) | CASE NO. 4:26-CV-01175 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| L. BLAIR, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 9] |

Defendants CoreCivic, Inc., B. Douglas, J. Crenshaw, and K. Hoover filed a Motion to

Extend Responsive Pleading Deadline.  *See* ECF No. 9.  As justification, they contend their

counsel "requires additional time to review the Complaint and the factual allegations and

claims asserted, to research applicable defenses, and to prepare a responsive pleading."  ECF

No. 9 at PageID #: 30.  For good cause shown, the Motion is granted under Fed. R. Civ. P. 6(b).

Defendants CoreCivic, Inc. B. Douglas, J. Crenshaw, and K. Hoover shall file responsive

pleadings to the verified Complaint no later than July 17, 2026.[1]


IT IS SO ORDERED.


| | |
|---|---|
| June 9, 2026 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] While the above-signed once enjoyed service as a magistrate judge, the Motion is incorrectly captioned to "Magistrate Judge Benita Y. Pearson."  ECF No. 9 at PageID #: 30.  The undersigned received her Commission under Article III on December 27, 2010, nearly sixteen years past.  Counsel are kindly reminded to verify the accuracy of their representations to the Court in all future filings as required by Fed. R. Civ. P. 11(b).